UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS WALTER SCHWENK, ) <br> ) <br> Plaintiff, ) <br> )    CV-09-3068-CI <br> v. ) <br> ) **JUDGMENT** <br> BRUCE GARFIELD PRATHER, ) <br> ) <br> Defendants. ) <br> _____) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED** and the action is **DISMISSED WITHOUT PREJUDICE**. Judgment is entered for defendant.

DATED: November 9, 2009

JAMES R. LARSEN

District Court Executive/Clerk


s/ L. Stejskal, Deputy Clerk